DILLINGHAM & MURPHY, LLP
J. CROSS CREASON, ESQ. (SBN 209492)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Phone: (415) 397-2700
Fax:     (415) 397-3300

Attorneys for Defendant
San Kim Mahn

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAN KIM MAHN, Individually and d/b/a JUST DANCE BALLROOM, <br><br> Defendant. | CASE NO.  4:11-CV-05461-JCS <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Whereas pursuant to Local Rule 6-1, Plaintiff J&J Sports Productions, Inc. and Defendant San Kim Mahn ("Mahn") stipulated to extend Mahn's time within which to ANSWER Plaintiff's Complaint by 60 days to and including April 12, 2012;

    Whereas the action is not currently at issue;

    Whereas the parties agreed to extend the time for an Answer to be filed in order to pursue resolution of the action prior to incurring further an undue litigation expense;

    The parties therefore respectfully request that the Court extend by 60 to a date and time convenient for the Court.

Dated: February 13, 2012

DILLINGHAM & MURPHY, LLP
Attorneys for Defendant San Kim Manh

_____/s/_____

JOE CROSS CREASON

//
//

Dated: February 13, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
J&J Sports Productions, Inc.

_____/s/_____

THOMAS P. RILEY

I, J. Cross Creason, declare under penalty of perjury under the laws of the United States that concurrence in the contents and filing of this document has been obtained from each of the other signatories.

Dated: February 13, 2012

_____/s/_____

J. CROSS CREASON

IT IS SO ORDERED

Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 2 – Case No. 4:11-CV-05461-JCS
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**