**DILLINGHAM & MURPHY, LLP**
J. CROSS CREASON, ESQ. (SBN 209492)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Phone: (415) 397-2700
Fax:    (415) 397-3300

Attorneys for Defendant
San Kim Mahn

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SAN KIM MAHN, Individually and d/b/a JUST DANCE BALLROOM,<br><br>Defendant. | CASE NO.  4:11-CV-05461-JCS<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Whereas pursuant to Local Rule 6-1, Plaintiff J&J Sports Productions, Inc. and Defendant San Kim Mahn ("Mahn") stipulated to extend Mahn's time within which to ANSWER Plaintiff's Complaint by 60 days to and including April 12, 2012;

Whereas the action is not currently at issue;

Whereas the parties agreed to extend the time for an Answer to be filed in order to pursue resolution of the action prior to incurring further an undue litigation expense;

The parties therefore respectfully request that the Court extend by 60 to a date and time convenient for the Court.

|   |   |
|---|---|
| | DILLINGHAM & MURPHY, LLP<br>Attorneys for Defendant San Kim Manh |
| Dated: February 13, 2012 | _____/s/_____<br>JOE CROSS CREASON |

//
//

|   |   |
|---|---|
| | LAW OFFICES OF THOMAS P. RILEY, P.C.<br>J&J Sports Productions, Inc. |
| Dated: February 13, 2012 | _____/s/_____<br>THOMAS P. RILEY |

I, J. Cross Creason, declare under penalty of perjury under the laws of the United States that concurrence in the contents and filing of this document has been obtained from each of the other signatories.

|   |   |
|---|---|
| Dated: February 13, 2012 | _____/s/_____<br>J. CROSS CREASON |

**IT IS SO ORDERED**

*/s/ Claudia Wilken*

Judge Claudia Wilken

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)*

Page 2 – Case No. 4:11-CV-05461-JCS
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**