Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 11-05461 CW |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SAN KIM MAHN, individually and d/b/a JUST DANCE BALLROOM |
| vs. | |
| San Kim Mahn, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant SAN KIM MAHN, individually and d/b/a JUST DANCE BALLROOM, that the above-entitled action is hereby dismissed **with prejudice** against SAN KIM MAHN, individually and d/b/a JUST DANCE BALLROOM.

///
///
///
///
///

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 29, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 10/27

DILLINGHAM & MURPHY
By: J. Cross Creason, III
Attorneys for Defendant SAN KIM MAHN, individually and d/b/a JUST DANCE BALLROOM

IT IS SO ORDERED:

_____
The Honorable Claudia Wilken
United States District Court
Northern District of California

Dated: 11/8/2012

STIPULATION OF DISMISSAL
PAGE 2